**Victory MACKE, Movant/Appellant,**

v.

**STATE of Missouri, Respondent.**

No. ED 91900.

Missouri Court of Appeals,
Eastern District,
Division Four.

May 12, 2009.

Victory Macke, Bowling Green, MO, pro se.

Chris Koster, Attorney General, Richard A. Starnes, Assistant Attorney General, Jefferson City, MO, for respondent.

Before KATHIANNE KNAUP CRANE, P.J., and MARY K. HOFF, J., and KENNETH M. ROMINES, J.

## ORDER

PER CURIAM.

Victory Macke (Movant), *pro se,* appeals from the motion court's judgment granting the State's motion to dismiss Movant's amended Motion to Vacate, Set Aside or Correct the Judgment or Sentence.

We have reviewed the briefs of the parties, the legal file, and the record on appeal, and find the claims of error to be without merit. No error of law appears. An extended opinion would have no precedential value. We affirm the motion court's judgment, pursuant to Rule 84.16(b).